JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shenzhen Smoore Technology Co., Ltd., <br><br> *Plaintiff and Counterclaim-Defendant*, <br><br> vs. <br><br> Next Level Ventures, LLC *et al.*, <br><br> *Defendants and Counterclaim-Plaintiff.* | Case No. 2:22-cv-07646-AB-AGR <br><br> [**PROPOSED**] **ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE** <br><br> Judge:   Hon. André Birotte Jr. |

    Before the Court is Plaintiff and Counterclaim-Defendant Shenzhen Smoore Technology Co., Ltd. ("Smoore") and Defendant and Counterclaim Plaintiff Next Level Ventures, LLC ("NLV")'s Joint Stipulation to Dismiss.

    IT IS HEREBY ORDERED that all claims and counterclaims asserted in this case are **DISMISSED with prejudice**, with all attorneys' fees, costs of court and expenses borne by the party incurring the same.

    **SO ORDERED**.

Dated: May 28, 2025

_____
The Hon. André Birotte Jr.
United States District Judge